

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00326-CV

**IN THE INTEREST OF A.D.** and I.W., Children

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-01927
Honorable Martha B. Tanner, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARTINEZ, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. Costs of the appeal are taxed against appellant.

SIGNED November 4, 2015.

_____
Rebeca C. Martinez, Justice